UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

RONALD M.,

                Plaintiff,

-against-                              3:21-CV-677 (LEK/ATB)

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

## **DECISION AND ORDER**

      This matter comes before the Court following a Report-Recommendation filed on March 30, 2022, by the Honorable Andrew T. Baxter, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(d) of the Northern District of New York. Dkt. No. 16.

      Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." <u>Urena v. People of State of New York</u>, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001) (quoting <u>Nelson v. Smith</u>, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)). Clear error "is present when upon review of the entire record, the court is left with the definite and firm conviction that a mistake has been committed." <u>Rivera v. Federal Bureau of Prisons</u>, 368 F.Supp.3d 741, 744 (S.D.N.Y. 2019).

      No objections have been raised in the allotted time with respect to the Report-Recommendation. <u>See</u> Dkt. After carefully examining the record, the Court has determined that the Report-Recommendation evinces no clear error or manifest injustice.

      Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 16) is **APPROVED and ADOPTED in its entirety**; and it is further

**ORDERED**, that Defendant's motion to dismiss (Dkt. No. 14) is **GRANTED**; and it is further

**ORDERED**, that Plaintiff's complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED**, that the Clerk of the Court close this action; and it is further

**ORDERED**, that the Clerk serve a copy of this Decision and Order on all parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

DATED:   January 20, 2023
         Albany, New York

LAWRENCE E. KAHN
United States District Judge